CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 29, 2020

JULIA C. DUDLEY, CLERK
BY: K Ayersman
DEPUTY CLERK

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:20-cr-00014 |
| MELIK ZYDARIUS SMITH ) | |
| a/k/a "Shoota" ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/26/2020

*M. Smith*
*Defendant's signature*

*Stephen R. Wills*
*Signature of defendant's attorney*

David J. Damico and Stephen R. Wills
*Printed name of defendant's attorney*

Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District of Virginia, ou=United States District Court,
email=mikeu@vawd.uscourts.gov, c=US
Date: 2020.04.29 09:54:34 -04'00'
*Judge's signature*

Michael F. Urbanski, Chief Judge, U.S. District Court
*Judge's printed name and title*